**Asma ALYATIM, Respondent,**

v.

**Sam DAVID, Appellant.**

No. ED 79269.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 18, 2001.

Russell F. Watters, T. Michael Ward, St. Louis, MO, for appellant.

Patrick J. Phillips, Clayton, MO, for respondent.

Before RICHARD B. TEITELMAN, P.J., WILLIAM H. CRANDALL, JR., J., CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Appellant, Sam David ("defendant"), appeals the judgment of the Circuit Court of St. Louis County in favor of respondent, Asma Alyatim ("plaintiff"). Plaintiff filed a premises liability action against defendant and, following a jury trial, was awarded $35,000.00 in damages. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment

pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.